

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Elizabeth Quiroz, as Next Friend of Joseph Cardona a/k/a Joseph Quiroz, | § | No. 08-14-00073-CV |
| | § | Appeal from the |
| Appellant, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| Jorge Fabio Llamas-Soforo, M.D., Individually, Jorge Fabio Llamas-Soforo, M.D., P.A., d/b/a El Paso Eye Care Center, Luis Alberto Ayo, M.D., Pediatrix Medical Group of Texas, P.A., Pediatrix Medical Group, Inc., Roy John Cavigila, M.D., et al. | § | (TC# 2008-2694) |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

At the request of Appellant, the court reporter checked out original exhibits from the district clerk and has forwarded them to the Court for review. The exhibits will be returned directly to the district clerk when the appeal has concluded.

IT IS SO ORDERED this 19th day of May, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.